# Court of Appeals
# of the State of Georgia

ATLANTA, __June 08, 2012__

*The Court of Appeals hereby passes the following order:*

**A12A1834.    J. HARRIS ENTERPRISES, INC. v. PLATTE RIVER INSURANCE COMPANY.**

This case is before us on appellee's motion to remand the case to the trial court to complete the record. Appellee's motion is GRANTED and this case is REMANDED to the trial court. When the entire record is prepared, the case may then be transmitted to and re-docketed with the Court of Appeals.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,* __06/08/2012__
      *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
      *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*